EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> Receso administrativo del Programa de Educación Jurídica Continua del 23 de diciembre de 2024 al 6 de enero de 2025, y extensión de los términos | 2024 TSPR 128 <br><br> 214 DPR ___ |

Número del Caso:  EM-2024-0017

Fecha:  5 de diciembre de 2024

Materia: Receso administrativo del Programa de Educación Jurídica Continua del 23 de diciembre de 2024 al 6 de enero de 2025, y extensión de los términos.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | | |
|---|---|---|
| *In re:*<br><br>Receso administrativo del Programa de Educación Jurídica Continua del 23 de diciembre de 2024 al 6 de enero de 2025, y extensión de los términos | EM-2024-17 | |

RESOLUCIÓN

En San Juan, Puerto Rico, a 5 de diciembre de 2024.

Con el beneficio de la recomendación de la Directora Ejecutiva del Programa de Educación Jurídica Continua (Programa), Lcda. María Cecilia Molinelli González, la Jueza Presidenta Oronoz Rodríguez autorizó un receso administrativo del Programa.

El receso comprenderá desde el lunes 23 de diciembre de 2024 hasta el lunes 6 de enero de 2025, que es un día feriado, estos inclusive. Las labores se reanudarán a partir del martes 7 de enero de 2025. Todo término dispuesto en el Reglamento del Programa de Educación Jurídica Continua que venza durante el referido receso administrativo se extenderá hasta el martes 21 de enero de 2025.

La extensión de término concedida en esta Resolución no aplicará a los periodos de cumplimiento de tres años que venzan entre estas fechas, según dispuesto en la Regla 29 del Reglamento del Programa.

Se ordena la difusión pública de esta Resolución.

Notifíquese esta Resolución al Programa de Educación Jurídica Continua y a la Oficina de Prensa para su oportuna difusión.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo